IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LXR RS V, LLC,**<br><br>*Plaintiff*<br><br>v.<br><br>**MUNICIPALITY OF NORRISTOWN,**<br><br>*Defendant* | Case No. 2:19-cv-01397-JDW |

# ORDER

**AND NOW,** this 7th day of October, 2019, upon consideration of the Defendant's Second Motion to Dismiss (ECF No. 18), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED IN PART**. It is **FURTHER ORDERED** as follows:

1. Count III, Count IV, and Count V of Plaintiff's First Amended Complaint (ECF No. 9) are hereby **DISMISSED WITH PREJUDICE**;

2. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state claims, and will remand this action, pursuant to 28 U.S.C. § 1367(c), to the Court of Common Pleas for Montgomery County.

                                              **BY THE COURT:**

                                              */s/ Joshua D. Wolson*
                                              JOSHUA D. WOLSON, J.